FILED
U.S. DISTRICT COURT
DISTRICT OF VERMONT
10/26/2021

# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

*5:21-mc-150*

IN RE:   AMENDED ORDER REVISING COVID-19 RESTRICTIONS IN
PUBLIC AREAS OF FEDERAL BUILDINGS AND COURTHOUSES

# GENERAL ORDER NO. 103

**The purpose of this General Order is to supersede and amend General Order No. 101 issued on August 4, 2021 revising the District of Vermont's courthouse entrance protocols and COVID-19 restrictions in public areas of the district's courthouses.**

In the continued interest of public health and safety, and after consideration of public health guidelines issued by the Centers for Disease Control and Prevention (CDC), and the State of Vermont, **IT IS HEREBBY ORDERED**, that within Vermont's federal courthouses:

1. Masking is required in all public spaces (including courtrooms) for all employees, on-site contractors, and visitors, regardless of vaccination status;

2. Masking and social distancing is required for unvaccinated or partially vaccinated individuals;

3. This policy applies only to public spaces. Each individual agency will determine the requirements for their own internal agency workspace;

4. For all trials, the presiding judge will make a ruling regarding COVID-19 protocols for all trial participants.  The judge will make this decision before the trial as part of a broader discussion about trial preparations and safety precautions with counsel for all parties and other participants.

   **IT IS FURTHER ORDERED** that the following persons may not enter any courthouse in the District of Vermont:

- Persons who have tested positive for COVID-19, or been told by a health-care provider to assume they have COVID-19 due to symptoms or other factors, in the past 14 days;

- Persons who have experienced symptoms of COVID-19 within the past 14 days that are not explained by allergies or an underlying condition, including fever, cough, shortness of breath or difficulty breathing, extreme fatigue, nausea or vomiting, congestion or runny nose, muscle or body aches, headache, sore throat, new loss of taste or smell;

- Persons who have had close contact within the past 14 days with anyone with COVID-19 during the time period starting 48 hours before the onset of the infected person's symptoms or positive COVID-19 test**. "Close contact" is defined by the CDC as being within 6 feet for at least 15 minutes over a 24-hour period. Please note that this restriction does not apply to those who have achieved full vaccination prior to the close contact.** "Fully vaccinated" is defined as being 2 or more weeks after the final dose (e.g., first for Janssen/Johnson & Johnson, second for Pfizer and Moderna) of the vaccine approved by the FDA or authorized by the FDA for emergency use. Vaccines that are not authorized by the U.S. Federal Drug Administration (FDA) for emergency use or approved by the FDA do not satisfy this definition.

**Anyone attempting to enter in violation of these protocols will be denied entry by a Court Security Officer**.

Anyone who has business in one of the courthouses of the District of Vermont, but who cannot enter because of this order, should do the following:

- Persons who are represented by an attorney should contact their attorney;

- Persons who are scheduled to meet with a Probation or Pretrial Services Officer should contact the Probation Office (802) 652-3000;

- Jurors should contact the district's jury administrator at (802) 951-8110;

- Persons having any other business with the United States District Court for District of Vermont should contact the Clerk of Court at (802) 951-6301;

- Persons having any other business with the United States Bankruptcy Court for District of Vermont should contact the Clerk of Court at (802) 657-6400;

- Persons having any other business with any other federal tenant agency located in the district's courthouses should contact the appropriate federal agency directly.

This order shall be effective immediately and will remain in effect until amended or vacated.

Dated at Burlington, in the District of Vermont, this 26th day of October, 2021.

_____
Hon. Geoffrey W. Crawford
Chief Judge